Case 11-38958    Doc 11    Page 1 of 7

FILED
August 18, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0003711587

David C. Johnston (SBN 71367)
Attorney at Law
Johnston & Johnston Law Corp.
627 13th Street, Suite E
Modesto, California 95354
Telephone: (209) 579-1150
FAX: (209) 579-9420

Attorney for Debtor
DKW Precision Machining, Inc.

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

In re

DKW Precision Machining, Inc.,

Debtor.

_____/

Case No. 11-38958

Chapter 11 Case

**DEBTOR'S BALANCE SHEET AND STATEMENT OF OPERATIONS AND STATEMENT RE: CASH FLOW STATEMENT PURSUANT TO 11 U.S.C. § 1116(1)**

I, Kurt W. Franklin, declare under penalty of perjury that I am the president of DKW Precision Machining, Inc. (the "Debtor"), that true copies of the Debtor's most recently prepared balance sheet and statement of operations are attached, that the Debtor not does regularly prepare a cash flow statement, and for that reason, no cash flow statement is attached.

Executed at Manteca, California on August 18, 2011.

/s/ Kurt W. Franklin
_____
Kurt W. Franklin

# Balance Sheet

**DKW Precision Machining, Inc.**

As of December 31, 2010

### ASSETS

**Current Assets**

| | | |
|---|---|---|
| Cash - US Bank | $2,661.57 | |
| Accounts Receivable | $134,806.75 | |
| Advances to Employees | $1,500.00 | |

**TOTAL CURRENT ASSETS** $138,968.32

**Fixed Assets**

| | | |
|---|---|---|
| Machinery & Equipment | $1,433,096.48 | |
| Manteca Building | $644,797.89 | |
| Furniture & Fixtures | $7,737.68 | |
| Computer Equipment | $26,770.97 | |
| Vehicles | $148,858.60 | |
| Partnership Property | $34,180.00 | |
| Loan Fees | $42,148.96 | |
| Accumulated Depreciation | $(1,733,803.00) | |
| Note Rec K Franklin | $27,864.41 | |
| Advances to Officers | $24,324.38 | |
| Cutting Edge Loan | $209,736.53 | |

**TOTAL FIXED ASSETS** $865,712.90

**TOTAL ASSETS** $1,004,681.22

### LIABILITIES & OWNER'S EQUITY

**Current Liabilities**

| | | |
|---|---|---|
| Accounts Payable | $91,905.66 | |
| Health Withheld | $2,840.33 | |

# Balance Sheet

**DKW Precision Machining, Inc.**

As of December 31, 2010

| | | |
|---|---:|---:|
| Dental Withheld | $0.00 | |
| 401K Retirement | $0.00 | |
| 401K Loan | $0.00 | |
| Employee Withholdings | $0.00 | |
| Garnishment | $0.00 | |
| Sales Tax Payable | $0.00 | |
| Wells Fargo | $32,746.80 | |
| US Bank - Kurt | $8,790.83 | |
| US Bank - Doug | $4,766.79 | |
| Citi Mastercard | $16,918.07 | |
| Capital One | $6,112.86 | |
| Staples | $2,185.47 | |
| Shell | $913.75 | |
| Texaco / Cheveron | $448.78 | |
| Home Depot | $0.00 | |
| OSH | $0.00 | |
| **TOTAL CURRENT LIABILITIES** | | **$167,629.34** |
| **Long Term Liabilities** | | |
| Note Payable - US Bank | $21,738.19 | |
| Note Payable - Roy | $348,000.00 | |
| PNC Equipment Finance - TV-188 | $173,239.61 | |
| Bank of the West - Equipment | $207,389.13 | |
| Business Lenders - Building | $467,624.40 | |
| Dell Financial - 603 | $3,929.46 | |
| Dell Financial - 002 | $0.00 | |
| **TOTAL LONG TERM LIABILITIES** | | **$1,221,920.79** |
| **LIABILITIES** | | **$1,389,550.13** |

# Balance Sheet

**DKW Precision Machining, Inc.**

As of December 31, 2010

**Equity**

| | | |
|---|---|---|
| Common Stock | $11,771.70 | |
| Retained Earnings | $(530,429.37) | |
| **TOTAL EQUITY** | | **$(518,657.67)** |
| | | |
| **TOTAL LIABILITIES & OWNER'S EQUITY** | | **$870,892.46** |
| **PROFIT** | | **$133,788.76** |
| | | |
| **TOTAL** | | **$1,004,681.22** |

# Income Statement

**DKW Precision Machining, Inc.**

From January 01, 2011 To June 30, 2011

**Income**

| | | |
|---|---:|---:|
| Sales | $491,641.10 | |
| Sales Discounts | $(574.85) | |
| Sales Returns | $0.00 | |
| Recovery of Bad Debt | $0.00 | |
| Gain On Sale Of Assets | $0.00 | |
| Interest Income | $(44.00) | |
| **TOTAL INCOME** | | **$491,022.25** |

**Expense**

Cost of Goods Sold

| | | |
|---|---:|---:|
| Material | $117,935.69 | |
| Tooling | $23,473.95 | |
| Plating & Painting | $27,590.17 | |
| Sheetmetal | $1,947.85 | |
| Machining | $5,543.00 | |
| Grinding | $9,423.50 | |
| Heat Treating | $2,430.40 | |
| Shop Supplies | $5,624.19 | |
| Repair & Maintenance | $5,962.89 | |
| Freight | $3,295.26 | |
| Shop Wages | $60,781.28 | |
| Payroll Taxes - Shop | $11,354.40 | |
| Commision / Sales Leads | $3,350.00 | |
| **TOTAL COST OF GOODS SOLD** | | **$278,712.58** |

General & Administrative

| | | |
|---|---:|---:|
| Office Wages | $36,531.75 | |
| Doug's Salary | $0.00 | |

# Income Statement

**DKW Precision Machining, Inc.**

From January 01, 2011 To June 30, 2011

| | |
|---|---:|
| Kurt's Salary | $0.00 |
| Payroll Service | $1,530.43 |
| Payroll Taxes - Office | $0.00 |
| 401k Contributions | $0.00 |
| Employee Benefits / Health Insurance | $7,852.81 |
| Depreciation Expense | $0.00 |
| Interest Expense | $15,976.56 |
| Bank Charges | $722.46 |
| Software Maintenance | $5,018.79 |
| Repair & Maintenance - Vehicles | $9,158.82 |
| Fuel - Trucks / Fork Lift | $10,853.82 |
| Advertising / Promotion | $0.00 |
| Charitable Contributions | $350.00 |
| Licenses, Dues & Subscriptions | $2,737.44 |
| Meals & Entertainment | $2,097.86 |
| Travel / Lodging | $0.00 |
| Insurance - Auto | $5,772.74 |
| Insurance - Liability | $5,895.41 |
| Insurance - Workmans Comp | $7,552.16 |
| Office Supplies | $3,388.00 |
| Sales / Use Tax | $1,777.90 |
| Property Tax | $0.00 |
| State Tax | $0.00 |
| Officers Life Insurance | $3,342.74 |
| Landscaping / Maintenance | $0.00 |
| Other Outside Services | $1,337.36 |
| Telephone | $6,652.58 |

# Income Statement

**DKW Precision Machining, Inc.**

From January 01, 2011 To June 30, 2011

| | | |
|---|---|---|
| Electric - PG&E | $11,676.38 | |
| Water & Garbage | $1,146.81 | |
| **TOTAL GENERAL & ADMINISTRATIVE** | | $141,372.82 |
| **TOTAL EXPENSE** | | $420,085.40 |
| **PROFIT** | | $70,936.85 |