# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA
# CIVIL MINUTES

| | | | |
|---|---|---|---|
| **Case Title :** | DKW Precision Machining Inc. | **Case No :** | 11−38958 − D − 11 |
| | | **Date :** | 8−31−11 |
| | | **Time :** | 10:00 |
| **Matter :** | Status Conference − [8] − Order Scheduling Deadlines for Filing Preliminary Status Report,Preliminary Status Conference Re: [1] Voluntary Petition; Status Conference to be held on 8/31/2011 at 10:00 AM at Sacramento Courtroom 34, Department D (jgis) | | |
| **Judge :** | Ronald H. Sargis | | |
| **Courtroom Deputy :** | Nancy Williams | | |
| **Reporter :** | Diamond Reporters | | |
| **Department :** | D | | |

**APPEARANCES for :**
**Movant(s) :**
**Respondent(s) :**
(by phone)    Debtor(s) Attorney − David C. Johnston

HEARING CONTINUED TO: 10/26/11 at 10:00 AMRequest of Parties